JS 45 (01/2008)                     **REDACTED**

Criminal Case Cover Sheet                                    U.S. District Court

| **Place of Offense:** | | Under Seal:Yes ___ No X ___ | Judge Assigned: | Hon. Anthony J. Trenga (Related cases listed below) |

City      Woodbridge_____  Superseding Indictment _____   Criminal Number:  1:24-CR- 91

County/Parish  Prince William  Same Defendant _____   New Defendant  _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

US v. Dejhaun Wilhoit et al (1:22-cr-191) and US v. Jaleai
Related Case Name and No:   Morrison (1:22-cr-177)

Defendant Information:

**Juvenile --Yes ___ No X ___ FBI #**   PCP5_____

**Defendant Name:** Jason Banks_____   Alias Name(s)_____

**Address:** Woodbridge, VA_____

**Employment:** _____

**Birth date** xx/xx/1996 **SS#** xxx-xx-6353 **Sex** M **Def Race** Black____ Nationality _____ Place of Birth  Virginia____

**Height**  6-3____ **Weight** 210  **Hair** BL____ **Eyes** BR____ Scars/Tattoos _____

**Interpreter:** X  No ____ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   X  Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:

Name:   Mark Petrovich_____   ___ Court Appointed   Counsel conflicted out: _____

Address:  10605 Judicial Drive, Suite A-5, Fairfax, VA 22030   ___ Retained

Telephone: 703-934-1004_____   ___ Public Defender   Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA  Kathleen Robeson and Kimberly Shartar   Telephone No:   (703) 299-3700   Bar # WV 13809_____

Complaint Agency, Address & Phone Number  or Person & Title:

FBI – Special Agent Christian Roccia

U.S.C. Citations:

| | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Bank Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:**   5/1/2024_____   Signature of SAUSA:   /s/ Kathleen Robeson_____